United States District Court
Southern District of Texas
**ENTERED**
October 14, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| VERONICA H. CLAROS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-26-5789 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

On the plaintiff's Notice of Non-opposition to the defendants' Motion to Dismiss, (Docket Entry No. 13), all claims asserted in this case against the defendants are dismissed without prejudice. (Docket Entry No. 15). Each party is to bear its own costs, expenses, and attorneys' fees.

SIGNED on October 12, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge